**RECEIVED**

JAN 0 8 2016

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

## 16-cv-00249
## Judge Matthew F. Kennelly
## Magistrate Judge Maria Valdez

Aalim  Mohammad
   Plaintiff(s)

1. Illinois Consumer Fraud, (815 ILCS 505/2 )(From ch 121 ½ par. 262) sec. 2

V
Hector Torres
Midland Credit Management Inc. et al
               Defendant(s)

2. Violation(s) of  FDCPA 15 U.S.C. sec.1692(d),(d)5,d(6)

3. Violation(s) of the Telephone Consumer  Protection Act (TCPA) sec.227, 47 U.S.C. sec. (b)(1),(iii) 47 U.S.C. sec. 227 and (B)

### VERIFIED COMPAINT

Plaintiff(s) Aalim Mohammad  herein (Plaintiff(s) individually hereby sues Defendant(s) Hector Torres and Midland Credit Management Inc., herein (Defendant(s) (MCM) for  (1). violation(s) of FDCP, 15 U.S.C. sec. 1692(d),(d)5,d(6), and,( 2). Violation(s) of the Telephone Consumer Protection Act,(TCPA) sec. 227, 47 U.S.C. sec, (b)(1), 47 U.S.C. sec. 227(a)(iii)., Illinois Consumer Fraud (815 ILCS 505/2)(From ch 121 ½ par. 262) Sec. 2

### PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff(s) against Defendant(s) (MCM and Hector Torres Collectively and Individually  for the  aforementioned violations.
2. Upon belief and information, Plaintiff(s) allege that many of these practices are wide spread due to defendant(s) action(s) or inaction(s).  Plaintiff(s) intend to propound discovery to defendant(s) so that the court can identify other individuals who have suffered similar violations.
3. Plaintiff(s) allege that the Defendant(s) have violated such laws by repeatedly harassing Plaintiff(s) in attempt to contact him in a way that is noncompliance with Federal law.

1 of 5

## JURISDICTION AND VENUE

(4). Jurisdiction of this Court arises under 47 U.S.C. sec. 227. This Court has subject matter jurisdiction based upon Federal questions under 28 U.S.C. sec. 1331, 1332, 1343, 1367 and 42 U. S C. sec. 1983 which confer original jurisdiction on Federal District Courts in suits to address the deprivation of rights secured by federal law and matters between diverse citizens that involve an amount in controversy in excess of $75,000.00. This Court has jurisdiction pursuant to the Fair Debt Collection Practice Act, (FDCPA) 15 U.S.C., sec. 1692 et seq.

(5). Venue is proper in this court pursuant to 28 U.S.C. sec. 1391(b)(2), in that the significant events giving rise to the claims of unlawful conduct and acts asserted herein, were executed while plaintiff was residing in this judicial district where plaintiff continues to reside now. And that the acts committed happen here in Illinois.

(6). This court has personal jurisdiction over State claims by virtue of pendant jurisdiction.

## PARTIES

(7). Plaintiff(s) Aalim Mohammad is consumer and natural person over the age of 18 years who at the times relevant resided in the Northern District of Illinois.

(8). Defendant(s) Hector Torres and Midland Credit Management (MCM) is based in California according to information sent to plaintiff(s) by Defendant(s) with an address at 8875 Aero Drive, Suite 200, San Diego, CA 92123. And Defendant(s) Hector Torres claims to be an Assistant Manager for Defendant (s) (MCM) and does business for (MCM).

## FACTUAL ALLEGATIONS

(9). On October 31, 2014 thru Dec 2014 (MCM) violated the TCPA by calling plaintiff(s) home with no prior permission given by Plaintiff. Evidence to be obtained in discovery.

(10). On the same date stated above, Defendant(s) violated the TCPA by not leaving a message and thus harassing Plaintiff(s) using plaintiff's home phone.

(11). From December 12th 2014 until December 18th 2014 Defendant(s) (MCM) violated the TCPA by calling Plaintiff(s) cell phone on number 773-732-2647 without express consent from Plaintiff(s).

(12). On a number of dates, to be determined from discovery; Defendant(s) violated the TCPA by calling another cell telephone number of plaintiff without prior express consent which is 773-895-0434.

(13). Defendant(s) (MCM) violated the Fair Collection Practice Act (FDCPA) by continuing to harass Plaintiff(s) and his family by sending to Plaintiff(s) home a number of debt collection letters even though Plaintiff(s) have never signed or entered into any contract with Defendant(s). Exhibits to be unveiled during discovery . There were more than 10, ten debt collection letters sent to the Plaintiff(s) home which should be construed as harassment since Defendant(s) continues to contact Plaintiff(s) to this date.                    2 of 5

(14). Plaintiff(s) have tried to settle the aforesaid allegations via NOTICE OF INTENT TO LITIGATE, yet Defendant(s) has not responded to the of Notice sent August 4th 2015. See exhibit 1

(15). Plaintiff(s) did send a number of debt validation letters to Defendant(s) yet the Defendant(s) has not completely comply with the law and given Plaintiff(s) a complete and lawful response. The Debt Validation letters were sent to the Defendant(s) on January 3rd 2015 and February 2, 2015.

(16). Plaintiff(s) spoke with one of Defendant(s) representative's namely (David Dutch) on 12/29/2015 at around 10am Illinois time and was told that his company only called Plaintiff(s) a total of (2) times between December 12, 2014 and December 18, 2014. See note exhibit 2, notes of Plaintiff(s).

(17). Defendant(s) called both plaintiff(s) home and cell telephone without express consent as evidence will provide from the phone records of the telephone Servicer and notes of Plaintiff. In addition Plaintiff(s) has ask Defendant(s) to stop mailing debt collection letters to Plaintiff home but Defendant(s) continues to send the letters without prior consent 10 times or more.

(18). Plaintiff(s) and Defendant(s) does not have an established  business relationship within the meaning of 47 U.S.C. sec, 227.

COUNT 1

VIOLATIONS OF THE TELEPHONE

COMMUNICATIONS ACT 47 U.S.C. sec. 227

(19). Plaintiff(s) alleges and incorporates the information in par. 1 thru 18.

(20 ). Defendant(s) has committed numerous violations of 47 U.S.C. sec. 227 (b)(1)(iii) (B), and the continued sending of unwanted debt letters is harassing and demonstrates willful or knowing non-compliance with the aforementioned Act.

(21). Defendant(s) numerous calls to three different phone numbers of Plaintiff(s), 773-732-2647, 773-895-0434 and 708-577-4712 which is two cell phones and one home telephone demonstrate knowing non-compliance and Plaintiff is entitled to treble damages of per violation $,500.00 for the home phone and, $1000,00 dollars for plaintiff's cell phones.

Wherefore: Plaintiff(s) request that the court enter judgment in favor of plaintiff(s) for

> (1)  Statutory damages;
> (2)  Treble damages;
> (3)  Attorney fees, litigation cost or whatever this court deems proper .

3 of 5

COUNT 2

VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICE ACT

(FDCPA) 15 U.S.C. sec. 1692(d),d(5)d(6)

(22). Plaintiff(s) alleges and incorporates the information in par. 1 thru 21.

Defendant(s) will not stop harassing Plaintiff(s) although attempts has been made by Plaintiff(s) requesting Defendant(s) verify and prove who they are thus. 1. Defendant(s) continue to harass the plaintiff(s) and have not completely disclosed who they truly are and 2. Defendant(s) have made Plaintiff(s) telephone ring without disclosing who they are.

(23). Defendant(s) (MCM)'s Manager Hector Torres continues to mail unwanted allege debt collection letters to Plaintiff(s) home address.

Wherefore plaintiff(s) request that the court enter judgment in favor of plaintiff(s) against the defendant(s) for:

1. Statutory damages;
2. Attorney's fees, litigation cost of suit;
3. Such other or further relief as the court deems proper.

COUNT 3

ILLINOIS CONSUMER FRAUD

(815 ILCS 505/2) (From ch 121 ½ par. 262) sec. 2

Defendant(s) knew or should of known that its' Company and employee(s) were practicing unfair and deceptive practices by not having a contract with Plaintiff(s) and committing deceptive practices In violation of the aforementioned Statutes and Act.

WHEREFORE: Plaintiff(s) moves this honorable court for a judgment and damages, punitive damages for Illinois Consumer Fraud in the amount of 225,000.00, Two hundred and Twenty Five thousand dollars. Attorney fees and cost in favor of Plaintiff(s).

1. Punitive damages in the amount of $ 225,000.00
2. Attorney fee, litigation expenses and cost of suit
3. Such other or further relief as the court deems proper.

4 of 5

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 8th of January 2016

**Aalim Mohammad**

15209 S. Kenton, Oak Forest, Illinois 60452

#773-895-0434, 773-732-2647

aalimmohammad@comcast.net

6 of 5

Exhibit 2

(773) 732 2647
number on reel,

David Dutch

India via
San deago

Midland Credit
Management
2365 northside
drive 3rd Floor
San diego California
nia, 92108

Dec 12 2014
until
Dec 18 2014
many time they called

(10/29-15
around 10am

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

Aalim Mohammad
Elena Mohammad
15209 S. Kenton Avenue
Oak Forest, IL 60452

Aug. 4th, 2015

MIDLAND CREDIT MANAGEMENT, INC
PO Box 60578
Los Angeles CA., 90060-0578

Re: Violation of the Fair Debt Collection Practice Act (FDCPA), Telephone Consumer Protection Act (TCPA) and (815 ILCS 305/30),

## NOTICE OF INTENT TO LITIGATE

To whom it may concern:

This correspondence is being sent prior to filing suit to allow an opportunity to amicably resolve this matter with **Midland Credit Management, inc,.**, for Violation of the Fair Debt Collection Practice Act (FDCPA) 15 U.S.C. sect 1692 and the telephone Consumer Protection Act (TCPA) 47 U.S.C. sect 227. Also, (FDCPA) 15 U.S.C. sect 1692(f) and (815 ILCS 305/30)(From Ch. 134,par 130) Sec. 30 violations (c) and C-5.

We received in excess of seven (7) unauthorized telephone calls from your company using prerecorded messages and an Automatic Telephone Dialing System (ATDS) without express consent. In addition, you did not respond fully to a debt validation letter we sent to MCM. We are willing to discuss and settle these matters amicably without having to file a suit. If you choose not to settle the matters at hand then we will have no choice but to file suit with a jury trial. We would prefer to settle these matters without litigation. We are looking forward to hearing from you no later than ten (10) days upon your receipt of this correspondence. We also request that all correspondence from this point to be conducted via email at aalimmohammad@comcast.net. This email is not to be shared, or used for any purpose other than to address the matters at hand.

Respectfully,

Aalim Mohammad & Elena Mohammad

Cc: Illinois Corporation Service D
801 Adlai Stevenson Drive
Springfield Illinois 62703
VIA CERTIFIED MAIL RECEIPT NO: 7009 3410 0000 1015 9877

**US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

AALIM MOHAMMAD )
  **Plaintiff** )
       )
      v. )     **Case No.**
       )
MCM,  et al      **JUDGE**

## NOTICE OF FILING

_____

    **To**

### US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOS
### CLERK OF THE COURT

### Chicago, Illinois, 60602

### Clerk of the Federal Court

**PLEASE TAKE NOTICE** that on 1-7- 2016,  the undersigned, **Aalim Mohammad** appeared before the The **US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS CLERK OF THE FEDERAL COURT, in Chicago Illinois** and filed Plaintiff's complaint  herein attached.

Respectfully Submitted,

_____,Plaintiff, *pro se*

Under penalties of perjury as provided by law, the undersigned certifies that she served the foregoing Notice of Filing together with the above-referenced Pleading by:

☐ Placing a copy in an envelope with proper prepaid postage addressed to the persons listed above and

depositing the same in a United States Post Office mail box  in _____, Illinois

on the _____th day of _____, 20___;

☐ Transmitting a copy electronically from facsimile machine #____-____-_____ to #____-____-_____

addressed to the persons listed above on the _____ day of _____, 20___; and/or,

☒ Delivering a copy to the person(s) listed above at the address(es) above.

Signature: _____

Name: _____ Aslim Mohamma _____

Address: _____ 15209 Kenton _____

_____ Oak Forest IL 60452 _____